# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LEMUS HERNANDEZ and<br>KARLA LOPEZ DE LEMUS, W/H<br>-and-<br>K.L.L., a minor, by and through her parent and<br>natural guardian, JOSE LEMUS HERNANDEZ<br>*Plaintiffs*<br>v.<br><br>JOSEPH REED BURGESS III<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 1:23-cv-01581<br><br>JUDGE JENNIFER P. WILSON |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the <u>Petition for Leave to Compromise Minor's Action,</u> it is hereby Ordered and Decreed that the proposed settlement in the amount of $2,500.00 to K.L.L., a minor, is approved, and distribution is to be made as follows:

| | | |
|---|---|---|
| (a) To SWARTZ CULLETON FERRIS<br>    Attorney fees……………………………. | | $ 833.33 |
| (b) To SWARTZ CULLETON FERRIS<br>(c) Reimbursement for costs ………………. | | $ 153.58 |
| (d) To K.L.L., a minor……………………. | | $ 1,513.09 |

The sum to be deposited IN THE NAME OF K.L.L., only in a federally insured savings account, certificate of deposit or credit union account or account investing only in securities guaranteed by the United States government or Federal government agency managed by responsible financial institutions. The account shall be marked **"NOT TO BE WITHDRAWN UNTIL THE MINOR REACHES THE AGE OF EIGHTEEN (18) YEARS** on (<u>August 11, 2029</u>), except for the payment of local, state and federal income taxes on earnings of the certificate or account or upon further Order of the Court". Counsel for the Plaintiffs shall provide proof of deposit within sixty (60) days of receipt of this Order.

BY THE COURT:

_____
                                                                                                                           J.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LEMUS HERNANDEZ and KARLA LOPEZ DE LEMUS, W/H -and- K.L.L., a minor, by and through her parent and natural guardian, JOSE LEMUS HERNANDEZ *Plaintiffs* v. JOSEPH REED BURGESS III *Defendant* | CIVIL ACTION NO. 1:23-cv-01581 JUDGE JENNIFER P. WILSON |

### PETITION FOR LEAVE TO COMPROMISE MINOR'S ACTION

The Petitioners of Jose Lemus Hernandez and Karla Lopez De Lemus, the parents and natural guardians of K.L.L., a minor, respectfully represents the following:

1. Petitioners are Jose Lemus Hernandez and Karla Lopez De Lemus, the parents and natural guardians of K.L.L., a minor.

2. The minor resides with her parents, Petitioners Jose Lemus Hernandez and Karla Lopez De Lemus, at 110 United Court, Smithsburg, Maryland 21783.

3. On February 26, 2023, Plaintiff, K.L.L, was a front-seat passenger in a 2022 Toyota 4Runner operated by her father, Plaintiff Jose Lemus Hernandez, which was traveling on Washington Township Boulevard in Waynesboro, Pennsylvania. Plaintiffs were waiting to make a left turn when a vehicle owned and operated by Defendant, Joseph Reed Burgess, III, collided with Plaintiffs' vehicle.

4. As a result of the aforementioned accident, the minor Plaintiff, K.L.L., suffered injuries including various injuries to her right leg and arm.

5. On the day following the accident, Plaintiff, K.L.L., presented to the Emergency Department at Meritus Medical Center – Hagerstown where she was evaluated for right elbow and

right knee pain. Plaintiff was evaluated, treated and discharged with instruction to follow up with her pediatrician. See medical records from Meritus Medical Center – Hagerstown attached hereto as Exhibit A.

6. Plaintiff, K.L.L.'s injuries resolved without her having any additional treatment with her pediatrician.

7. On September 25, 2023, a complaint was filed on behalf of Plaintiffs in the United States District Court for the Middle District of Pennsylvania alleging negligence against Defendant. See Time-Stamped Redacted Complaint, attached as Exhibit B.

8. There are no outstanding medical bills or medical/health insurance liens associated with the minor Plaintiff's treatment for her accident-related injuries.

9. The settlement has been proposed with Defendant: in the amount of $2,500.00 to the minor, K.L.L., in return for a general release. See Release, attached hereto as Exhibit C.

10. Counsel, Swartz Culleton PC, was retained by Petitioners under a Contingency Fee Agreement of 33.3% of the gross fee settlement amount. Counsel is therefore requesting a fee in the amount of $833.33. See Executed Fee Agreement, attached hereto as Exhibit D.

11. Counsel has incurred and advanced the following costs and expenses in this matter, for which reimbursement from the proceeds of the proposal settlement is sought:

<u>Itemization of Costs</u>:
YoCierge - Medical Records          $124.98
Devine Court reporters              $ 28.60

**Total:                             $153.58**

See attached Cost Sheet attached hereto as Exhibit E

12. The net settlement payable to the minor, Plaintiff, K.L.L., after deduction of the litigation costs and attorney's fees, is $1,513.09. See attached proposed distribution sheet attached hereto as Exhibit F.

13. Counsel is of the professional opinion that the proposed settlement is fair and reasonable given the minor Plaintiff's injury, treatment, and recovery.

14. Petitioners approve the proposed settlement and believe that the proposed settlement is fair and reasonable given the nature of the injury and minor Plaintiff's treatment and recovery.

WHEREFORE, Petitioners request that they be permitted to enter into the proposed settlement, and that the Court enter an order of distribution as outlined below:

A. To SWARTZ CULLETON PC
   Attorney fees……………………………………………..$ 833.33

B. To SWARTZ CULLETON PC
   Reimbursement for costs ………………………………$ 153.58

15. To K.L.L. a minor, to be deposited IN THE NAME OF K.L.L. only in a federally insured savings account, certificate of deposit or credit union account or account investing only in securities guaranteed by the United States government or Federal government agency managed by responsible financial institutions. The account shall be marked **"NOT TO BE WITHDRAWN UNTIL THE MINOR REACHES THE AGE OF EIGHTEEN (18) YEARS** on (August 11, 2029), except for the payment of local, state and federal income taxes on earnings of the certificate or account or upon further Order of the Court"
   ……………………………………………………….$1,513.09

   TOTAL SETTLEMENT                $2,500.00

Respectfully submitted,

**SWARTZ CULLETON PC**

/s/ Bryan M. Ferris, Esquire
Bryan M. Ferris, Esquire
Attorney for Plaintiffs/Petitioners

Date:  October 21, 2025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LEMUS HERNANDEZ and KARLA LOPEZ DE LEMUS, W/H -and- K.L.L., a minor, by and through her parent and natural guardian, JOSE LEMUS HERNANDEZ *Plaintiffs* v. JOSEPH REED BURGESS III *Defendant* | : : : : : : : : : : | CIVIL ACTION NO. 1:23-cv-01581 JUDGE JENNIFER P. WILSON |

## STATEMENT OF LEGAL GUARDIAN – JOSE LEMUS HERNANDEZ

Jose Lemus Hernandez, being duly sworn according to law, deposes and says that:

1. He is the parent and natural guardian of K.L.L., a minor.

2. He approves of the distribution and settlement as follows:

   (a) To SWARTZ CULLETON FERRIS
       Attorney fees……………………………….………… $ 833.33

   (b) To SWARTZ CULLETON FERRIS
       Reimbursement for costs ………………………. $153.58

   (c) To K.L.L., a minor, to be deposited IN THE NAME OF K.L.L. only in a federally insured savings account, certificate of deposit or credit union account or account investing only in securities guaranteed by the United States government or Federal government agency managed by responsible financial institutions. The account shall be marked **"NOT TO BE WITHDRAWN UNTIL THE MINOR REACHES THE AGE OF EIGHTEEN (18) YEARS** on (August 11, 2029), except for the payment of local, state and federal income taxes on earnings of the certificate or account or upon further Order of the Court"
   ………………………………………………..………… $1,513.09

                   TOTAL                                                                                                                    $2,500.00

Signed by:

*Jose Lemus Hernandez*
1E059D7242154DD...

Jose Lemus Hernandez

10/20/2025

Date:

Sworn to and subscribed before me
this 20th day of October, 2025.

*Carly Huber*
**NOTARY PUBLIC**

Commonwealth of Pennsylvania - Notary Seal
Carly Huber, Notary Public
Bucks County
My commission expires February 2, 2028
Commission number 1442652

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LEMUS HERNANDEZ and<br>KARLA LOPEZ DE LEMUS, W/H<br>-and-<br>K.L.L., a minor, by and through her parent and<br>natural guardian, JOSE LEMUS HERNANDEZ<br>*Plaintiffs*<br>v.<br><br>JOSEPH REED BURGESS III<br>*Defendant* | CIVIL ACTION NO. 1:23-cv-01581<br><br><br>JUDGE JENNIFER P. WILSON |

## VERIFICATION

I, Jose Lemus Hernandez, am the Petitioner in this action and hereby verify that the statements made in the foregoing Petition to Settle and Compromise Minor's Action are true and correct to the best of my knowledge, information and belief.

I also verify that K.L.L. has recovered from her accident-related injuries and that no additional treatment is recommended or planned.

I understand that the statements herein are made subject to the penalties of perjury of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Signed by:
*Jose Lemus Hernandez*
1E059D7242154DD...

10/20/2025
Date:                                    Jose Lemus Hernandez

Sworn to and subscribed before me
this  20th  day of   October    , 2025.

*Carly Huber*
**NOTARY PUBLIC**

Commonwealth of Pennsylvania - Notary Seal
Carly Huber, Notary Public
Bucks County
My commission expires February 2, 2028
Commission number 1442652

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LEMUS HERNANDEZ and <br> KARLA LOPEZ DE LEMUS, W/H <br> -and- <br> K.L.L., a minor, by and through her parent and <br> natural guardian, JOSE LEMUS HERNANDEZ <br> *Plaintiffs* <br> v. <br> <br> JOSEPH REED BURGESS III <br> *Defendant* | CIVIL ACTION NO. 1:23-cv-01581 <br><br> JUDGE JENNIFER P. WILSON |

## **VERIFICATION**

Bryan M. Ferris, Esquire, states that he is the attorney for the Plaintiffs/Petitioners herein; that he is acquainted with the facts set forth in the foregoing pleading; that the same are true and correct to the best of his knowledge information and belief; and that this statement is made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

**SWARTZ CULLETON**

Dated: October 21, 2025

/s/ Bryan M, Ferris, Esquire
Bryan M. Ferris, Esquire
Attorney for Plaintiffs/Petitioners

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE LEMUS HERNANDEZ and KARLA LOPEZ DE LEMUS, W/H : -and- : K.L.L., a minor, by and through her parent and : natural guardian, JOSE LEMUS HERNANDEZ : *Plaintiffs* : v. : : JOSEPH REED BURGESS III : *Defendant* : | CIVIL ACTION NO. 1:23-cv-01581 JUDGE JENNIFER P. WILSON |

### CERTIFICATION OF SERVICE

    I, Bryan M. Ferris, Esquire, Attorney for Plaintiffs/Petitioner in the within civil action, hereby certify that I served a true and correct copy of the foregoing Petition for Approval of Distribution to a Minor on October 21, 2025 to all counsel of record via electronic filing and to the following via electronic mail and regular, first-class mail, postage prepaid:

Jose Lemus Hernandez
Karla Lopez De Lemus
110 United Court
Smithsburg, MD 21783

**SWARTZ CULLETON FERRIS**

/s/ Bryan M, Ferris, Esquire
Bryan M. Ferris, Esquire
Attorney for Plaintiffs/Petitioners