IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE LEMUS HERNANDEZ and KARLA LOPEZ DE LEMUS, W/H | : | CIVIL ACTION NO. 1:23-cv-01581 |
| -and- | : | |
| K.L.L., a minor, by and through her parent and natural guardian, JOSE LEMUS HERNANDEZ | : | JUDGE JENNIFER P. WILSON |
| *Plaintiffs* | : | |
| v. | : | |
| | : | |
| JOSEPH REED BURGESS III | : | |
| *Defendant* | : | |

**ORDER**

AND NOW, this __23rd__ day of __October__, 2025, upon consideration of the <u>Petition for Leave to Compromise Minor's Action,</u> it is hereby Ordered and Decreed that the proposed settlement in the amount of $2,500.00 to K.L.L., a minor, is approved, and distribution is to be made as follows:

|   |   |
|---|---|
| (a) To SWARTZ CULLETON FERRIS Attorney fees…………………………… | $   833.33 |
| (b) To SWARTZ CULLETON FERRIS (c) Reimbursement for costs ………………. | $   153.58 |
| (d) To K.L.L., a minor……………………. | $ 1,513.09 |

The sum to be deposited IN THE NAME OF K.L.L., only in a federally insured savings account, certificate of deposit or credit union account or account investing only in securities guaranteed by the United States government or Federal government agency managed by responsible financial institutions. The account shall be marked **"NOT TO BE WITHDRAWN UNTIL THE MINOR REACHES THE AGE OF EIGHTEEN (18) YEARS** on (<u>August 11, 2029</u>), except for the payment of local, state and federal income taxes on earnings of the certificate or account or upon further Order of the Court". Counsel for the Plaintiffs shall provide proof of deposit within sixty (60) days of receipt of this Order.

BY THE COURT:

s/ Jennifer P. Wilson
_____
J.